UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DA'QUAN COLEMAN-GREEN, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>KARL JACKSON, )<br>)<br>Defendant. ) | No. 20-1104-JDT-cgc |

ORDER DISMISSING CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

The *pro se* prisoner Plaintiff, Da'Quan Coleman-Green, filed a civil complaint while he was incarcerated at the Obion County Jail in Union City, Tennessee. (ECF No. 1.) The Court granted leave to proceed *in forma pauperis* in accordance with the Prison Litigation Reform Act (PLRA), 28 U.S.C. §§ 1915(a)-(b). (ECF No. 4.) The Court also ordered Coleman-Green to advise the Court of any change of address. (*Id.* at PageID 24.)

On August 11, 2020, the Court dismissed the complaint for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) but granted leave to file an amended complaint. (ECF No. 6.) Coleman-Green was warned that if he failed to file an amended complaint within 21 days, the Court would dismiss the case in its entirety, assess a strike pursuant to 28 U.S.C. § 1915(g), and enter judgment. (*Id.* at PageID 31-32.)

However, Coleman-Green's copy of that order was returned undeliverable on August 20, 2020, with the envelope marked "RTS not here." (ECF No. 7.)

Coleman-Green has not advised the Court of any change of address and has not filed an amended complaint. The time within which to file an amendment has expired; therefore, this case is DISMISSED with prejudice in its entirety, and judgment will be entered in accordance with the August 11, 2020, order dismissing the original complaint for failure to state a claim. Coleman-Green is assessed his first strike under § 1915(g). This strike shall take effect when judgment is entered. *See Coleman v. Tollefson*, 135 S. Ct. 1759, 1763-64 (2015).

It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Coleman-Green would not be taken in good faith. Leave to appeal *in forma pauperis* is DENIED.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

                                               s/ **James D. Todd**
                                               JAMES D. TODD
                                               UNITED STATES DISTRICT JUDGE